UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:20-CR-00010-D

UNITED STATES OF AMERICA

v.   **ORDER**

CHRISTOPHER LEE BAREFOOT, II

This matter comes now before this court on motion of the United States to order the disposition of a firearm and ammunition associated with the above-captioned case.

For good cause shown, the Court hereby GRANTS the government's motion, and orders the Sampson County Sheriff's Office to dispose of One Springfield 1911 Compact 45, semi-automatic handgun, serial number N307175, and all associated magazines and ammunition, by destruction, incapacitation, or other means in accordance with its regulations.

This the 18 day of September, 2020.

JAMES C. DEVER III
United States District Judge